## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FREIGHT HANDLERS, INC. dba APEX LOGISTICS GROUP, | CASE NO. 17 CV 4426 |
| Plaintiff, | Honorable Ronald A. Guzman Judge |
| v. | |
| GLOBAL EXPRESS INCORPORATED and ALEX RAMOS, | Honorable Young B. Kim Magistrate Judge |
| Defendants. | |

### NOTICE OF FILING

To:  Clerk of the U.S. District Court
     Northern District of Illinois
     219 S. Dearborn Street
     Chicago Illinois 60604

Please take notice that on July 24, 2017, Plaintiff filed with the Court Plaintiff's Proof of Service on Defendant Global Express Incorporated, a copy of which is attached hereto.

                                                                               /s/ Matthew P. Barrette

Matthew P. Barrette
Sullivan Hincks & Conway
120 West 22nd Street, Ste. 100
Oak Brook, IL 60523
(630) 573-5021
Atty. No.: 6274523
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I, Matthew P. Barrette, an attorney, certify that I filed this Notice and the attached Proof of Service by electronically filing said documents on E-File with the Clerk of the U.S. District Court Northern District of Illinois on July 24, 2017.

                                                                               /s/ Matthew P. Barrette



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

WES BARR
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #17- **5932**

I, **Dep. J. Smith**, certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number **17 VC 4426**

Name of defendant _____

Name of other person Summons left with **E. McNamara Jr.**

Sex (**M** / F ) Race **W** Approx. age _____

Date of Service **7/17/2017** Time **1300**

Date of Mailing _____

Address at which paper was served:
**931 S. 4th**
**Spfld 62704**

**Service fees (Circle One)** **$42.00** or $82.00

**Circle One:** PAID  PAUPER  NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By _____, Deputy # **4973**

IN PARTNERSHIP WITH THE COMMUNITY

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FREIGHT HANDLERS, INC. dba APEX
LOGISTICS GROUP

CASE NUMBER: 17 CV 4426

V.

ASSIGNED JUDGE: Hon. Ronald A. Guzman

GLOBAL EXPRESS INCORPORATED and
ALEX RAMOS

DESIGNATED
MAGISTRATE JUDGE: Hon. Young B. Kim

RECEIVED
JUL 10 2017
SHERIFF'S OFFICE
RECORD SECTION

TO: (Name and address of Defendant)

GLOBAL EXPRESS INCORPORATED
c/o Paul Wagner, Registered Agent/President
1011 W. Petersen, Unit C
Park Ridge, Illinois 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



June 14, 2017

DATE